# EXHIBIT A

Dear Judge Real,

Thank you for taking the time to read my letter. I imagine you must read thousands of these types of letters. So, I wanted to make sure my letter stood out from the others.

Their is not a day that goes by that I dont regret my actions. I cant change the past. I've hurt people that truly love me. I've robbed my daughters of their father. My mom of her son, and my brother of his big brother. I was selfish, and want to apologize to them, and let them know that I'm sorry for the hurt I have caused them.

Since you last saw me I've been praying, hoping, and preparing in case one day I was given an opportunity to stand before you again. I know that actions speak louder than words. Saying sorry is not enough. Demonstrating that I deserve a second chance I know carries a lot more weight, and meaning. Then saying I deserve a second chance, and am rehabilitated with nothing to show. This is what I've been doing in the 9 years I've been in prison.

I've earned enough credits to obtain 3 AA degrees. In the following American History, Arts and Humanities, and Human Behavioral Science. Im two courses away from earning in earning a degree in Business. My plan is to petition for graduation this coming fall. During my time as a student I've maintained a GPA of 3.65. Making Presidents list once, and another time making Deans list. I've included a copy of my education transcript. The courses show 48 hours, and 80 hours are college courses.

Vocational Training I've obtained a Teacher Aide I completion certificate. This vocation course consisted of 4,000 hours of on the job training, and instruction. This training was sponsored by the United States Department of Labor. It took me a little over 3 years to earn. Other Vocational Courses I've completed include a 100hr course in Office Automation, and another 100hr in Adobe Illustrator CS5. I was also selected to participate in a 12 hour Lean 6 sigma course which is considerd a Vocational course also.

I participated in a Victim Impact course. This course taught me that their are many types of victims. People that love, and care about me. It showed me to look at things in a different perspective. It showed me how to have empathy.

I know that a strong foundation is very important. Drug addiction has always been a downfall, and a problem for me. Thats why I participated in The following programs 6 month Non-Residential Drug Program, A 15 hour Drug Abuse Program, and a certificate for participating in Narcotics Anonymous.

I have participated in 3 seperate types of parenting classes as well. I know I learned a great deal from these courses.

For the majority of the time I've been in prison I've worked in the Education Department. My title was Computer VT Clerk. My duties included assisting

students in learning and understanding Office Automation this included the basics in Word, Publisher, and Excel. It was 100 hour training. Their was also a advanced 100 hour course that taught students Adobe Illustrator. I created assignments, graded assignments and tests. I assisted all education staff as needed. This included helping special needs students obtain their GED. In 2013 I was presented with a certificate for Tutor of the Year. In 2014 I earned another for Employee of the Year. In the same year I was awarded a certificate of appreciation by the education Department.

In my off time I volunteered to instruct classes, RPP was one of the ones I really liked to teach. That class consisted in learning Employment search skills, Resume Writing, Financial Management, and Interview skills. Other classes I instructed Money Smart, Public speaking, and many others.

I've participated in over 60 ACE (Adult Continued Education) classes. In a variety of subjects. I've included certificates with this letter.

This is what I've been doing since you last saw me. I want to thank you again for taking the time to read my letter.

Sincerely,
Albert Ortega

# EXHIBIT B

July 1, 2015

To Whom It May Concern:

I was introduced to Albert Ortega when I became a GED teacher at USP Atwater in July 2013 and inherited him as a tutor from the previous teacher. From day one Ortega was quick to assist me in any way possible and always remained on task. In looking through his work profile and speaking with senior staff members in the Education Department, I found that Ortega started his career with Education in 2011. He was originally hired as a Vocational Trades tutor for the Computer Applications program but soon was trained to assist with various courses and programs within the department. When I arrived the Computer Applications instructor position was vacant, so he was moved into the GED classroom. As of August 2014 he moved back to Computer Applications to tutor Adobe Illustrator and Microsoft Office but assisted with GED tutoring regularly.

Ortega quickly evolved from a self-driven tutor into an exceptional assistant that was always looking at ways to make tasks more efficient for myself, my students and the department as a whole. He assisted in class daily, mostly in the area of writing and study skills, as that is his area of expertise. He constructed worksheets and posters to serve as classroom resources and to brighten up the learning environment. He participated in classroom discussions, often giving his opinion from life experiences and what he was learning in his college correspondence courses. He worked well with everyone, including myself, other staff members and his peers. I couldn't ask for anything more from him as an employee.

Aside from GED tutor, Ortega assisted me with maintaining the Adult Continuing Education (ACE) courses I coordinated which ran in classrooms for the general population and through correspondence for students in disciplinary housing. He would help me plan which courses to add or remove from the schedule based on feedback we received from the general population. He would create flyers for said courses and ensure they were posted in areas where high traffic ran. Once classes started he not only taught various courses but maintained the running record of attendance for the other courses throughout each semester. When each semester was completed Ortega generated a list of completions and created certificates for myself and the Supervisor of Education to sign prior to distribution.

Ortega also worked with the college coordinator to create an ACE course that would assist his peers with applying for college correspondence classes and how to complete documents such as an application, assignments, midterms and final exams. Once the curriculum for this course was accepted by the Supervisor of Education, Ortega took the initiative to teach it over the weekend days. The class had a great outcome and enrollment for college correspondence classes increased drastically. Students gave great feedback and expressed their thanks to Ortega. He then trained another Education clerk to take over the class so he may focus on new courses. His latest course

was Smart Money- a Guide to Personal Finance. Ortega assisted the Computer Applications instructor with the development of the curriculum and then taught the class twice a week.

As responsibilities and clerks shifted in our department Ortega was always able to adapt to assist others and stepped in to learn something new without hesitating. He assisted me with updating the Release Preparation Program (RPP) to incorporate new technology like online job searching and then co taught it with me, as he had experience releasing from and returning to prison. This was a perspective I could not offer students and they flourished with the first hand responses he was able to provide for them. He used his public speaking skills to encourage students to better themselves both academically and emotionally. Many students were able to rebuild confidence and self-worth because of Ortega's motivation. The RPP course was created to cover resume writing, job search skills, interviewing skills, financial management and networking. Ortega assisted in resume writing and resume typing in the computer lab. He also assisted with the set-up of the Mock Job Fair that was held to allow inmates to participate in interviews given by community volunteers.

From my experience as Ortega's supervisor, I have found that he is a very well rounded person, gave a lot of assistance to the Education Department and I would recommend him for any position he applied for. He was always respectful, prompt, organized, reliable and eager to learn more. Learning and teaching are his strengths, as he is a fast learner and shares knowledge with others in an effective manner. Per his Education transcript, he has completed and taught dozens of courses from 2011 through 2015. Said courses are not only from the academic perspective but soft skills that allowed students to grow as a person. In October 2013 Ortega completed the 4000 hour long Teacher's Aide Apprenticeship program. While working in the Education department Ortega was an avid college student. He diligently worked on his Associates Degree during any downtime available. Not only did he maintain a 3.7 GPA and make the Dean's list twice but he was scheduled to graduate with two Associates Degrees in August 2015. His Associates of Science Degree contains a major in Human Behavioral Science and Sociology. His Associates of Arts Degree contains a major in American History, Arts and Humanities, and Business.

I know that in due time Ortega will use his knowledge to obtain a Bachelor's Degree and go on to assist others as he did the Education Department.

Please do not hesitate to call me if you would like to discuss this letter of recommendation further. I can be reached at (209) 386-0257.


V. Davis
Teacher, USP Atwater

# EXHIBIT C

Dear Judge Real,

My name is Vanessa Ortega , I am 23 years old and I am Albert Ortega's oldest daughter. I work as a salon manager at Sunless Beauty.

My dad is someone who is dedicated and passionate. I remember him coming home from work or class and was excited to tell us what he learned that day. Of course as a young child I knew nothing about solar paneling but it was exciting to see how excited he would get to tell me things that made him happy.  Being without my dad in my life has been hard, I understand he has made some wrong choices, but with encouragement and a great support system I do believe my dad will be able to do great things here in the real world. This year <u>on July 4</u>, it will be 4 years since my mom has passed away. It was during this rough time my dad showed me and my sisters so much love and support even though he could not physically be with us. He called everyday, sent us encouraging letters and just always reminded us that our mom holds a special place in his heart. Although my dad is remarried, my mothers and his relationship was full of love and respect. Now, me and my sisters need him more than ever. I want him to see me get married and for him to see my sisters to graduate college. To start a new life with him being 100% present in our lives. My dad has missed out on so many amazing mile stones that I am confident that he will not want to miss out on any more. I believe him when he says , the old Albert is gone, and is ready to show everyone what a great addition to society he will be. With the support of my sisters, my grandma, aunts, uncles, and cousins we are ready to come <u>together as one</u> to be there for my dad. I hope you are able to see who the real Albert Ortega is.  Thank you.


Sincerely,
Vanessa Ortega

# EXHIBIT D

Dear judge real


My name is Francisco Javier ortega
I am a emergency transportation aide at
Káiser permanente emergency room

I am mr.albert Juan ortega
Younger brother


As a child Albert was a good brother did good in school good  with his homework I always asked him for help  and he always helped I am only younger by a year so I did he just had so he always knew the answer to. Y homework all the way till I finished school loved by teachers and staff that I recall. Y brother is a friendly funny always making everyone laugh.Always helping everyone who could specially he's family a experience I had lots but one that I had out of many is my health is bad he toke to the hospital and stayed the whole night with me he did this all the time I need my brothers by my side I had a kidney transplant on November 24/2017 everything is better with myself but I need a lot of help at hospital where I had my surgery they mentioned to get all my family involved he is still there for me I am sure he would be more help at home with us his family.
Judge real the offense my brother committed that is not him it's not him that is not the type of person he is he is different than that his character is different.he always tells me to forgive him that he has expressed to me for not  being able to be there during times of need for the mistake he he did
Your honor  my brother will not commit anymore offenses because he has all his family that he lost out of on special occasions with family his daughters nieces myself and our mom my brother always tells his plans about how he plans to work with education he has revived making good choices in life for himself taking cake of his family.your honor judge real I willing to help my brother by offering all my help I have a good job I am a good person I can help him change I am also a church boy I take him with me and my family he has a good heart you're honor please I know he has committed an offense please I ask for an opportunity to have my brother in our lives again.


Thank you for finding the time to read my letter
Your honor judge real
From Francisco j.ortega

# EXHIBIT E

```
REGISTER NO: 59293-112     NAME..: ORTEGA              FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: LEW-LEWISBURG USP
```

```
------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
LEW  ESL HAS     ENGLISH PROFICIENT          09-27-2011 1215 CURRENT
LEW  GED HAS     COMPLETED GED OR HS DIPLOMA 11-09-2011 1358 CURRENT
```

```
------------------------- EDUCATION COURSES -------------------------
```

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|----------|-------------|-----------|-----------|------|----|----|-----|
| LEW SMU | SMU PERSONAL GROWTH I RPP 6 | 10-23-2018 | CURRENT | | | | |
| LEW SMU | SMU ACE ROUND E | 12-28-2018 | 02-15-2019 | P | C | P | 20 |
| LEW SMU | SMU RADIO WELLNESS ROUND E | 02-02-2019 | 02-02-2019 | P | C | P | 9 |
| LEW SMU | ACTIVITY PACKET ROUND E | 02-02-2019 | 02-02-2019 | P | C | P | 6 |
| LEW SMU | RADIO SMU PARENTING D RPP6 | 11-20-2018 | 12-21-2018 | P | C | P | 5 |
| LEW SMU | SMU ACE ROUND D | 11-09-2018 | 12-12-2018 | P | C | P | 20 |
| LEW SMU | ACTIVITY PACKET ROUND D | 12-08-2018 | 12-08-2018 | P | C | P | 6 |
| LEW SMU | SMU RADIO WELLNESS ROUND D | 12-08-2018 | 12-08-2018 | P | C | P | 9 |
| ATW | R2-BUS ORG & MNGMT- COASTLINE | 01-31-2017 | 03-31-2017 | P | C | P | 48 |
| ATW | R2-ABNRML PSYCHOLOGY-COASTLINE | 01-31-2017 | 03-31-2017 | P | C | P | 48 |
| ATW | R2-MARKETING ECONOMY COASTLINE | 01-31-2017 | 03-31-2017 | P | C | P | 48 |
| ATW | R4-COMMUNITY  REENTRY COUNCIL | 11-22-2016 | 11-22-2016 | P | C | P | 2 |
| ATW | R6-MENSTOP FACILITATOR COURSE | 09-02-2016 | 09-02-2016 | P | C | P | 8 |
| ATW | R6- EARNING FREEDOM: M SANTOS | 05-06-2016 | 06-14-2016 | P | C | P | 30 |
| ATW | R4-RAC INTERVIEW | 03-28-2016 | 03-28-2016 | P | C | P | 2 |
| ATW | R3-MONEYSMART MODEL PROGRAM | 10-07-2015 | 01-26-2016 | P | C | P | 16 |
| ATW | R6-TGC INFLUENCE | 11-03-2015 | 01-09-2016 | P | C | P | 16 |
| ATW | R6-POST SECONDARY PREP 101 | 11-03-2015 | 01-09-2016 | P | C | P | 16 |
| ATW | R2-TYPING/KYBOARDING MODEL PGM | 07-22-2015 | 02-17-2016 | P | C | P | 12 |
| ATW | R6-TGC BRAIN FITNESS | 11-07-2015 | 01-09-2016 | P | C | P | 8 |
| ATW | R1-TGC LIFELONG HEALTH | 11-03-2015 | 01-09-2016 | P | C | P | 12 |
| ATW | LEAN 6 SIGMA - LEAN BASICS | 10-13-2015 | 10-30-2015 | P | C | P | 16 |
| ATW | LEGAL RESEARCH | 06-27-2015 | 10-13-2015 | P | C | P | 16 |
| ATW | HUMANITIES THRU ARTS-COASTLINE | 06-25-2015 | 09-01-2015 | P | C | P | 48 |
| ATW | U.S. HISTORY TO 1876 COASTLINE | 06-25-2015 | 09-01-2015 | P | C | P | 48 |
| ATW | PARENTING-ALL DADS MATTER | 06-29-2015 | 07-16-2015 | P | C | P | 12 |
| ATW | GREAT COURSES - HOW WE LEARN | 04-13-2015 | 06-20-2015 | P | C | P | 12 |
| ATW | LEGAL RESEARCH | 04-11-2015 | 06-20-2015 | P | C | P | 12 |
| ATW | THE GREAT COURSES - INVESTMENT | 04-11-2015 | 06-20-2015 | P | C | P | 12 |
| ATW | POST SECONDARY PREPARATION 101 | 04-11-2015 | 06-20-2015 | P | C | P | 9 |
| ATW | ACE PERSONAL FINANCE 2 | 04-15-2015 | 06-15-2015 | P | C | P | 8 |
| ATW | ACE PERSONAL FINANCE 1 | 04-15-2015 | 06-15-2015 | P | C | P | 8 |
| ATW | LEADERSHIP | 04-13-2015 | 06-15-2015 | P | C | P | 7 |
| ATW | ELEMENTARY SPANISH 2 | 12-06-2014 | 06-05-2015 | P | C | P | 80 |
| ATW | LEGAL ENVIRONMENT - COASTLINE | 12-06-2014 | 06-05-2015 | P | C | P | 48 |
| ATW | CHILD GROWTH & DEV - COASTLINE | 12-06-2014 | 06-11-2015 | P | C | P | 48 |
| ATW | INTRO TO PSYCHOLOGY COASTLINE | 12-06-2014 | 06-16-2015 | P | C | P | 48 |
| ATW | BUSINESS WRITING - COASTLINE | 12-06-2014 | 06-16-2015 | P | C | P | 48 |
| ATW | GREAT COURSES- LIFELONG HEALTH | 04-15-2015 | 06-15-2015 | P | C | P | 12 |
| ATW | SPANISH LEGAL RESEARCH | 04-11-2015 | 06-15-2015 | P | C | P | 12 |

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
      LEWKZ          *         INMATE EDUCATION DATA        *      02-20-2019
      PAGE 002       *             TRANSCRIPT               *      07:11:35

 REGISTER NO: 59293-112     NAME..: ORTEGA                   FUNC: PRT
 FORMAT.....: TRANSCRIPT    RSP OF: LEW-LEWISBURG USP
```

```
-----------------------------  EDUCATION COURSES  ----------------------------
SUB-FACL    DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV   HRS
ATW         CULTURAL STUDIES 1           04-13-2015  06-15-2015  P   C  P    12
ATW         BUSINESS STRATEGIES          04-15-2015  06-15-2015  P   C  P    12
ATW         ACE SCREEN WRITING           04-11-2015  06-15-2015  P   C  P    12
ATW         THE GREAT COURSES - INFLUENCE 04-11-2015 06-20-2015  P   C  P     6
ATW         ACE PERSONAL FINANCE 2       02-24-2015  03-30-2015  P   C  P     8
ATW         ACE PERSONAL FINANCE 1       02-24-2015  03-30-2015  P   C  P     8
ATW         LEADERSHIP                   02-24-2015  03-30-2015  P   C  P     7
ATW         BUSINESS STRATEGIES          02-24-2015  03-30-2015  P   C  P    12
ATW         CULTURAL STUDIES 1           02-24-2015  03-30-2015  P   C  P    12
ATW         ACE SCREEN WRITING           02-24-2015  03-30-2015  P   C  P    12
ATW         LEGAL RESEARCH               02-24-2015  03-30-2015  P   C  P    12
ATW         LOGIC&CRITICAL THINK COASTLINE 08-23-2014 02-21-2015 P   C  P    48
ATW         SPANISH - COASTLINE COLLEGE  08-01-2014  01-22-2015  P   C  P    80
ATW         INTRODUCTION TO BUSINESS     08-23-2014  01-22-2015  P   C  P    48
ATW         MASS COMMUNICATION - COASTLINE 08-23-2014 01-22-2015 P   C  P    48
ATW         MARRIAGE & FAMILY - COASTLINE 08-23-2014 01-22-2015  P   C  P    48
ATW         ACE PRINCIPLES OF MARKETING  09-20-2014  11-28-2014  P   C  P    12
ATW         POST SECONDARY PREPARATION 102 09-20-2014 10-29-2014 P   C  P     8
ATW         BUSINESS ENGLISH - COASTLINE 06-03-2014  09-27-2014  P   C  P    48
ATW         INTRO GERONTOLOGY - COASTLINE 06-03-2014 09-27-2014  P   C  P    48
ATW         GENERAL GEOLOGY-COASTLINE CC 06-03-2014  09-26-2014  P   C  P    48
ATW         BUSINESS STRATEGIES          07-02-2014  08-26-2014  P   C  P    16
ATW         ETHICS - COASTLINE COLLEGE   01-17-2014  06-17-2014  P   C  P    48
ATW         FINANCIAL PLANNING - COASTLINE 01-17-2014 06-05-2014 P   C  P    48
ATW         SPANISH LEGAL RESEARCH       04-04-2014  06-01-2014  P   C  P    16
ATW         UNDERSTANDING THE UNIVERSE 1 04-04-2014  06-01-2014  P   C  P    16
ATW         CULTURAL STUDIES 1           04-01-2014  06-01-2014  P   C  P    16
ATW         UNDERSTANDING THE UNIVERSE 1 01-03-2014  03-21-2014  P   C  P    20
ATW         SPANISH LEGAL RESEARCH       01-04-2014  03-13-2014  P   C  P    20
ATW         UNDERSTANDING THE UNIVERSE 1 01-02-2014  03-13-2014  P   C  P    20
ATW         INTRO SOCIOLOGY - COASTLINE  10-10-2013  03-13-2014  P   C  P    48
ATW         ACE SCREEN WRITING           03-03-2014  03-03-2014  P   C  P    20
ATW         SUCCEEDING COLLEGE - COASTLINE 10-10-2013 01-29-2014 P   C  P    48
ATW         COMMERCIAL DRIVERS LICENSE   09-29-2013  12-12-2013  P   C  P    20
ATW         UNDERSTANDING THE UNIVERSE 3 09-28-2013  12-12-2013  P   C  P    20
ATW         APPRENTICESHIP - TEACHER AIDE 04-05-2012 10-01-2013  P   C  A  4000
ATW         PUBLIC SPEAKING              08-21-2013  09-26-2013  P   C  P     8
ATW         RPP EFFECTIVE INTERVIEW SKILLS 08-21-2013 09-25-2013 P   C  P    12
ATW         ACE LEGAL RESEARCH           06-02-2013  09-04-2013  P   C  P     5
ATW         FACILITATOR COURSE           09-03-2013  09-03-2013  P   C  P     8
ATW         RPP EMPLOYMENT               05-23-2013  05-23-2013  P   C  P     8
ATW         PARENTING BY HEART DVD       07-16-2013  08-20-2013  P   C  P     3
ATW         VICTIM AWARENESS PGM         07-17-2013  08-14-2013  P   C  P    12
ATW         PUBLIC SPEAKING              06-04-2013  07-17-2013  P   C  P    10
ATW         FACILITATOR COURSE           06-04-2013  07-17-2013  P   C  P    10

G0002       MORE PAGES TO FOLLOW . . .
```

```
      LEWKZ          *        INMATE EDUCATION DATA        *      02-20-2019
   PAGE 003 OF 003 *            TRANSCRIPT                 *      07:11:35


   REGISTER NO: 59293-112    NAME..: ORTEGA              FUNC: PRT
   FORMAT.....: TRANSCRIPT   RSP OF: LEW-LEWISBURG USP
```

```
-----------------------------  EDUCATION COURSES  -----------------------------
SUB-FACL   DESCRIPTION                      START DATE  STOP DATE EVNT  AC LV   HRS
ATW        ACE ASTRONOMY                    03-02-2013  05-19-2013   P   C  P    11
ATW        NARCOTICS ANONYMOUS PRINCIPLES   12-06-2012  02-20-2013   P   C  P    12
ATW        ACE JOY OF SCIENCE 2             12-03-2012  02-18-2013   P   C  P    12
ATW        ACE PRINCIPLES OF MARKETING      12-02-2012  01-05-2013   P   C  P     6
ATW        ACE JOY OF SCIENCE 1             08-25-2012  11-13-2012   P   C  P    16
ATW        PARENTING BY HEART DVD           10-09-2012  11-12-2012   P   C  P     8
ATW        ACE LEGAL RESEARCH               08-30-2012  11-15-2012   P   C  P    20
ATW        ACE SMALL BUSINESS DEV           08-25-2012  11-11-2012   P   C  P    18
ATW        BASICS OF LEAN SIX SIGMA         06-19-2012  06-20-2012   P   C  P    12
ATW        RPP JOB SEARCH SKILLS            10-12-2012  10-12-2012   P   C  P     2
ATW        ADOBE ILLUSTRATION               07-10-2012  09-05-2012   P   C  M   100
ATW        VT OFFICE AUTOMATION             05-03-2012  07-10-2012   P   C  M   100
ATW        UNDERSTANDING THE UNIVERSE 3     05-21-2012  08-06-2012   P   C  P    14
ATW        PUBLIC SPEAKING                  05-03-2012  07-03-2012   P   C  P     8
ATW        ACE LEGAL RESEARCH - SPANISH     02-11-2012  05-09-2012   P   C  P    26
ATW        RETAIL BUSINESS                  03-15-2012  05-05-2012   P   C  P    16
ATW        RPP PERSONAL FINANCIAL MGMNT     11-02-2011  05-08-2012   P   C  P     2
ATW        RPP EFFECTIVE INTERVIEW SKILLS   03-21-2012  05-08-2012   P   C  P     2
ATW        RPP JOB SEARCH SKILLS            03-21-2012  05-08-2012   P   C  P     2
ATW        RPP RESUME SKILLS                03-21-2012  05-08-2012   P   C  P    20
ATW        RPP MOCK JOB FAIR                03-21-2012  05-08-2012   P   C  P    20
ATW        MEN STOP -  LEADERSHIP           12-21-2011  02-15-2012   P   C  P    23
ATW        MEN STOP - CIRCLES               12-06-2011  02-03-2012   P   C  P    25
ATW        RPP INFO/COMMUNITY RESOURCES     09-28-2011  09-28-2011   P   C  P     2
LOS M      ACE/READ4LIFE CLASS              07-20-2011  08-31-2011   P   C  P    14
```

```
   G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

# The United States Department of Labor

## Office of Apprenticeship

## Certificate of Completion of Apprenticeship

*This is to certify that*

### ALBERT ORTEGA

*has completed an apprenticeship for the occupation*

### TEACHER AIDE I

*under the sponsorship of*

## U.S. PENITENTIARY, ATWATER, CALIFORNIA

*in accordance with the basic standards of apprenticeship*
*established by the Secretary of Labor*



_____
*Secretary of Labor*

_____
*Administrator, Office of Apprenticeship*

**APRIL 1, 2014**

*Date Completed*

# Certificate of Training

**Albert Ortega**

Has successfully completed
Lean Basics Course

William Frohlich
Continuous Improvement Branch

Process Excellence Through Teamwork

June 2012

GNR-0265-BXX ( 12 Hours)



2014 Employee of the Year

This certifies that

**Albert Ortega**

has satisfactorily served as a

GED Tutor

for the USP Atwater Education Department

This certificate is hereby issued this 30th day of December 2014

V. Davis, Teacher

M. Chavez, Supervisor of Education



# Certificate of Appreciation

given to

## Albert Juan Ortega

for your dedication as Tutor to the Education programs at USP Atwater.

July 28, 2014
Date

M. Chavez
Supervisor of Education

# Tutor of the Year

is presented to

## Albert Ortega

For having a positive attitude and keeping the class organized

This certificate is hereby issued this 20th day of December, 2013.

_V. Davis, GED Teacher_

_M. Chavez, Supervisor of Education_

# Certificate of Completion

This certifies that

## Albert Ortega

has satisfactorily instructed the

## Release Preparation Program

*Employment Search Skills *Resume Writing *Financial Management * Interview Skills

Consisting of 12 hours of adult continuing education

This certificate is hereby issued this 7th day of July, 2014.

V. Davis, Teacher

M. Chavez, Supervisor of Education

# Certificate of Completion

*This certifies that*

## Albert Ortega

*has satisfactorily taught the*

## Release Preparation Program

Job Search Skills * Resume Writing * Financial Management * Interview Skills

*Consisting of 15 hours of adult continuing education*

*This certificate is hereby issued this 28th day of April, 2014.*



_____
V. Davis, Teacher

_____
W. Chavez, Supervisor of Education

# Certificate of Completion

*This certifies that*

## Albert Ortega

*has satisfactorily instructed*

## MEN S.T.O.P Public Speaking

Consisting of 20 hours of Adult Continuing Education

This certificate is hereby issued this 22nd day of November, 2013.

_V. Davis, Teacher_

_M. Chavez, Supervisor of Education_

# Certificate of Completion

This certifies that

## Albert Ortega

has satisfactorily instructed

## MEN S.T.O.P Facilitators

Consisting of 20 hours of Adult Continuing Education

This certificate is hereby issued this 22nd day of November, 2013.

_V. Davis, Teacher_

_M. Chavez, Supervisor of Education_



# CERTIFICATE FOR SUCCESSFULLY INSTRUCTING MEN S.T.O.P! FACILITATORS COURSE

This certificate is awarded to

## ALBERT ORTEGA

in recognition of valuable contributions to the

MEN S.T.O.P!

PROGRAM

MAR 3 0 2012
_____
Date

3/28/12
_____
Date

WARDEN HECTOR RIOS

ASSISTANT WARDEN SWARTZ

# Certificate of Completion

*This certifies that*

## Albert Ortega

*has satisfactorily instructed*

## MEN S.T.O.P Facilitators

*Consisting of 20 hours of Adult Continuing Education*
*This certificate is hereby issued this 22nd day of November, 2013.*

_____
V. Davis, Teacher

_____
M. Chavez, Supervisor of Education

# Certificate of Completion

This certifies that

## Albert Ortega

has satisfactorily taught the

## Release Preparation Program

Job Search Skills* Resume Writing*Financial Management* Interview Skills

Consisting of 15 hours of adult continuing education

This certificate is hereby issued this 28th day of April, 2014.



_V. Davis, Teacher_

_W. Chavez, Supervisor of Education_



# Certificate of Completion

This certifies that

## Albert Ortega

has satisfactorily completed

## *Parenting by Heart*

Consisting of 3 hours of parent education.

This certificate is hereby issued this 24th day of August, 2013.

Z. Niland, Education Specialist

M. Chavez, Supervisor of Education



# Certificate of Completion

This certifies that

## Albert Ortega

has satisfactorily completed

## *Parenting*

Consisting of 22 hours of adult continuing education.

This certificate is hereby issued this 17th day of November, 2012.

Z. Niland, Teacher

M. Chavez, Supervisor of Education

# ≈ Certificate of Achievement

**This certifies that**

# Albert Juan Ortega

**has satisfactorily completed**

*Victim impact*

**Consisting of __10__ Hours of Training**

**This certificate is hereby issued this __14th__ day of __August__, 20 __13__**



_____
A. Overstreet, Counselor



_____
O. Andrus, Case manager



# CERTIFICATE OF ACHIEVEMENT

awarded to:

*Albert Ortega*

for the successful completion of the 6-Month

## NON-RESIDENTIAL DRUG ABUSE PROGRAM

at USP Atwater on this 14th day of March, 2014

L. Bain, Ph. D.
Drug Abuse Program Coordinator

K. Miles, Drug Treatment Specialist

# CERTIFICATE OF ACHIEVEMENT

awarded to:

## Albert Ortega

for the successful completion of the 15-hour

## Drug Education

at USP Atwater on this 22nd day of February, 2013



L. Bain, Ph. D.
Drug Abuse Program Coordinator

K. Miles, B.A.
Drug Treatment Specialist

# Certificate of Completion

This certifies that

## Albert Ortega

has satisfactorily completed

## *Narcotics Anonymous*

Consisting of 12 hours of adult continuing education.

This certificate is hereby issued this 15th day of March, 2013.



M. Chavez, Supervisor of Education

Z. Miland, Education Specialist

# Certificate of Achievement

awarded to:

**Albert Ortega**

FOR SUCCESSFULL COMPLETION

OF

# GROUP READ CLASS

N. Ananias, Ed. Spec.

DATE: September 16, 2011



≈ Certificate of Achievement ≈

This certifies that

Albert Ortega

has satisfactorily completed

Spanish Legal Research

Consisting of  16  Hours of Training

This certificate is hereby issued this  26th  day of  June  , 20 14

V. Davis, Teacher

M. Chavez, Supervisor of Education



# Certificate of Achievement

This certifies that

## Albert Ortega

has satisfactorily completed

*Cultural Studies*

Consisting of __16__ Hours of Training

This certificate is hereby issued this __26th__ day of __June__, 20 __14__

_____
V. Davis, Teacher

_____
M. Chavez, Supervisor of Education

# Certificate of Completion

*This certifies that*

## Albert Ortega

*has satisfactorily completed*

## Commercial Driver's License

*Consisting of 20 hours of adult continuing education*

*This certificate is hereby issued this 13th day of December, 2013.*

V. Davis, Teacher

M. Chavez, Supervisor of Education

# Certificate of Completion

This certifies that

## Albert Ortega

has satisfactorily completed

## Astronomy 3

Consisting of 20 hours of adult continuing education

This certificate is hereby issued this 13th day of December, 2013.

*V. Davis, Teacher*

*M. Chavez, Supervisor of Education*



# Certificate of Completion

*This certifies that*

## Albert Ortega

*has satisfactorily completed*

## Spanish Legal Research

*Consisting of 20 hours of adult continuing education*

*This certificate is hereby issued this 28th day of February, 2014.*

V. Davis, Teacher

M. Chavez, Supervisor of Education

# Certificate of Completion

*This certifies that*

## Albert Ortega

*has satisfactorily completed*

## Our Night Sky

*Consisting of 20 hours of adult continuing education*

*This certificate is hereby issued this 28th day of February, 2014.*

*V. Davis, Teacher*

*M. Chavez, Supervisor of Education*



# Certificate of Completion

This certifies that

## Albert Ortega

has satisfactorily completed

## Screenwriting

Consisting of 20 hours of adult continuing education

This certificate is hereby issued this 28th day of February, 2014.

V. Davis, Teacher

M. Chavez, Supervisor of Education



# CERTIFICATE OF COMPLETION

**Albert Ortega**

**M.E.N S.T.O.P!**
LEADERSHIP COURSE

INSTRUCTOR Demond Jackson

Date 2/7/12

GROUP SPONSOR A.W. SWARTZ

Date 2/7/12



# CERTIFICATE OF COMPLETION

## Albert Ortega

### MEN S.-T.O.P!
C.I.R.C.L.E.S COURSE

INSTRUCTOR  Demond Jackson

Date  2/3/ 02

GROUP SPONSOR A.W. SWARTZ

Date  2/3/ 02

# Certificate of Completion

This certifies that

## Albert Ortega

has satisfactorily completed

### Legal Spanish

Consisting of 26 hours of adult continuing education.

This certificate is hereby issued this 9th day of May, 2012.

R. Bills, Education Specialist

M. Chavez, Supervisor of Education



# Certificate of Completion

This certifies that

## Albert Ortega

has satisfactorily completed

### Joy of Science

Consisting of 22 hours of adult continuing education.

This certificate is hereby issued this 17th day of November, 2012.

Z. Niland, Teacher

M. Chavez, Supervisor of Education



# Certificate of Completion

This certifies that

## Albert Ortega

has satisfactorily completed

## *Legal Research*

Consisting of 22 hours of adult continuing education.

This certificate is hereby issued this 17th day of November, 2012.

Z. Niland, Teacher

M. Chavez, Supervisor of Education

# Certificate of Completion

This certifies that

## Albert Ortega

has satisfactorily completed

## *Small Business*

Consisting of 22 hours of adult continuing education.

This certificate is hereby issued this 17th day of November, 2012.

Z. Niland, Teacher

M. Chavez, Supervisor of Education

# Certificate of Completion

This certifies that

## Albert Ortega

has satisfactorily completed

### C.I.R.C.L.E.S.

Consisting of 25 hours of adult continuing education.

This certificate is hereby issued this 3rd day of February, 2012.

Congratulations on a passing score of 100%!

R. Bills, Education Specialist

M. Chavez, Supervisor of Education



# Certificate of Completion

This certifies that

## Albert Ortega

has satisfactorily completed

## *Understanding the Universe, Part 3*

Consisting of 14 hours of adult continuing education.

This certificate is hereby issued this 18th day of August, 2012.



Z. Niland, Teacher

M. Chavez, Supervisor of Education

# Certificate of Completion

This certifies that

## Albert Ortega

has satisfactorily completed

### *Men STOP – Leadership*

Consisting of 23 hours of adult continuing education.

This certificate is hereby issued this 15th day of February, 2012.

Congratulations on a passing score of 100%!

R. Bills

R. Bills, Education Specialist

M. Chavez, Supervisor of Education



# Certificate of Completion

This certifies that

## Albert Ortega

has satisfactorily completed

### Retail Business

Consisting of 16 hours of adult continuing education.

This certificate is hereby issued this 5th day of May, 2012.

Congratulations on a passing score of 100%!

R. Bills, Education Specialist

M. Chavez, Supervisor of Education

# Certificate of Completion

This certifies that

## Albert Ortega

has satisfactorily completed

*Marketing*

Consisting of 6 hours of parent education.

This certificate is hereby issued this 17th day of January, 2013.

Z. Niland, Teacher

M. Chavez, Supervisor of Education



# Certificate of Completion

This certifies that

## Albert Ortega

has satisfactorily completed

### *Astronomy 1*

Consisting of 11 hours of adult continuing education.

This certificate is hereby issued this 28th day of May, 2013.

Z. Niland, Education Specialist

M. Chavez, Supervisor of Education

# Certificate of Completion

This certifies that

## Albert Ortega

has satisfactorily completed

### *Joy of Science 2*

Consisting of 12 hours of adult continuing education.

This certificate is hereby issued this 15th day of March, 2013.

Z. Niland, Education Specialist

M. Chavez, Supervisor of Education





# CERTIFICATE OF COMPLETION

This certificate is awarded to

**ALBERT ORTEGA**

For successfully completing the

## MEN S.T.O.P!

## RETAIL BUSINESS COURSE

Instructor Mujahad Shouman

4.30.12
Date

Program Sponsor A.W. Swartz

5/2/12
Date



# CERTIFICATE OF COMPLETION

This certificate is awarded to

## ALBERT ORTEGA

For successfully completing the

## MEN S.T.O.P!

## PUBLIC SPEAKING COURSE

Instructor  Master Menes

6/29/12
Date

Program Sponsor A.W. Swartz

6/14/12
Date

# Certificate of Completion

*This certifies that*

## Albert Ortega

*has satisfactorily completed*

## Astronomy 3

*Consisting of 20 hours of adult continuing education*

*This certificate is hereby issued this 13th day of December, 2013.*

_____
V. Davis, Teacher

_____
M. Chavez, Supervisor of Education

# Certificate of Completion

This certifies that

## Albert Ortega

has satisfactorily completed

## Commercial Driver's License

Consisting of 20 hours of adult continuing education

This certificate is hereby issued this 13th day of December, 2013.

V. Davis, Teacher

M. Chavez, Supervisor of Education

# Certificate of Completion

This certifies that

## Albert Ortega

has satisfactorily completed

## Screenwriting

Consisting of 20 hours of adult continuing education

This certificate is hereby issued this 28th day of February, 2014.

_V. Davis, Teacher_

_M. Charvez, Supervisor of Education_

# Certificate of Completion

This certifies that

## Albert Ortega

has satisfactorily completed

## Our Night Sky

Consisting of 20 hours of adult continuing education

This certificate is hereby issued this 28th day of February, 2014.

_V. Davis, Teacher_

_M. Chavez, Supervisor of Education_

# Certificate of Completion

This certifies that

## Albert Ortega

has satisfactorily completed

## Spanish Legal Research

Consisting of 20 hours of adult continuing education
This certificate is hereby issued this 28th day of February, 2014.

V. Davis, Teacher

M. Chavez, Supervisor of Education



SCP ATWATER

THIS CERTIFIES THAT

A. ORTEGA

This individual has successfully completed the required approved structured exercise from the Recreation Department.

STRONGER ABS AND BACK

September 2013

R. Pedroza Supervisor Of Recreation

# Certificate of Completion

This certificate is awarded to

## A. ORTEGA

The above is recognized for successful completion of USP Atwater's Step Aerobics.

June 2013

_M. Hein Recreation Specialist_

6-13-13
_Date_